JUDGE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN GARCIA-GONZALEZ, <br><br> Defendant. | No. CR17-286-JLR <br><br> (PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE INDICTMENT DEADLINE |

THE COURT has considered the unopposed motion to extend the indictment deadline in this matter. It appears that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further case evaluation prior to an indictment. Without an extension, the government and defense counsel would be denied the reasonable time necessary for effective preparation.

THE COURT finds that justice is served by granting a continuance, and that a continuance outweighs the best interests of the public and the defendant in a speedy indictment.

IT IS ORDERED that the date on or before an indictment must be filed is extended to February 15, 2018.

IT IS FURTHER ORDERED that the period of delay from on or about January 8, 2018 to February 15, 2018 is excludable time pursuant to 18 U.S.C.

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND THE INDICTMENT DEADLINE- 1
*USA v. Garcia-Gonzalez*, CR17-286-JLR

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

§ 3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act. No further extensions will be granted. JLR

DONE this 21st day of December, 2017.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Martin Garcia-Gonzalez

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND THE INDICTMENT DEADLINE- 2
*USA v. Garcia-Gonzalez*, CR17-286-JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100